**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| ANDREA BECKWITH, *et al.*,<br><br>Plaintiffs<br><br>v.<br><br>AARON M. FREY, in his personal capacity and in his official capacity as Attorney General of Maine,<br><br>Defendant. | ) | Civil Action No. 1:24-cv-00384-LEW |

**CONSENTED-TO MOTION FOR (A) ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT AND (B) TO SET BRIEFING SCHEDULE**

Defendant Aaron M. Frey, in his personal capacity and official capacity as Attorney General of Maine, seeks an enlargement of time to respond to plaintiffs' complaint up to and including January 31, 2025. Also, the parties have conferred and ask the Court to approve their agreed-to schedule for (A) the Attorney General's response to plaintiffs' motion for preliminary injunction (PI Motion) and (B) plaintiffs' reply memorandum. Plaintiffs consent to the relief sought by this motion.

In support of this consented-to motion, the Attorney General states as follows:

1. Plaintiffs filed their complaint in this action on November 12, 2024. *See* ECF No. 1.

2. The Attorney General agreed to waive formal service of the summons and complaint and accepted service on November 18, 2024.

3. Under Fed. R. Civ. P. 12(a)(1), the Attorney General has 21 days to answer or otherwise respond to the complaint.

4. The date by which the Attorney General is required to respond to the complaint is currently December 9, 2024.

5. The Attorney General requests that he be allowed until January 31, 2025, to respond to the complaint.

6. Rule 6(b)(1) of the Federal Rules of Civil Procedure provides: "When an act may or must be done within a specified time, the court may, for good cause, extend the time (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]"

7. Good cause exists here because the Attorney General needs additional time to review and respond to the complaint and granting the motion would facilitate the orderly administration of this case.

8. The time for the Attorney General to respond to the complaint has not expired.

9. Plaintiffs filed their PI Motion on November 12, 2024. *See* ECF No. 4.

10. In support of their PI Motion, plaintiffs submitted five declarations. *See id*.

11. The Attorney General needs additional time to review plaintiffs' PI Motion and to locate and meet with potential witnesses and identify potential exhibits. The Attorney General needs additional time, in particular, because the Thanksgiving and December holidays make it difficult for the Attorney General to complete his review and investigation, meet with potential witnesses, identify additional evidence to submit to the Court, and otherwise prepare his response to plaintiffs' PI Motion sooner than January 3, 2025.

12. The parties have conferred and ask the Court to approve the following schedule for the remaining filings with respect to plaintiffs' PI Motion:

a. The Attorney General will file his memorandum of law, declarations, and other materials in response to plaintiffs' PI Motion on or before January 3, 2025; and

b. Plaintiffs will file their reply memorandum of law on or before January 17, 2025.

13. Plaintiffs consent to the relief sought by this motion.

For the reasons stated above, the Attorney General requests that the Court grant his motion, enlarge the time for him to respond to the complaint up to and including January 31, 2025, to approve the briefing schedule for plaintiffs' PI Motion proposed by the parties as set forth above, and provide any other relief that may be just and proper.

Dated: November 22, 2024

Respectfully submitted,

AARON M. FREY
Attorney General

CHRISTOPHER C. TAUB
Chief Deputy Attorney General

/s/ Thomas A. Knowlton
THOMAS A. KNOWLTON
Deputy Attorney General
Chief, Litigation Division
thomas.a.knowlton@maine.gov

PAUL SUITTER
Assistant Attorney General
Paul.suitter@maine.gov

Office of the Maine Attorney General
6 State House Station
Augusta ME 04333-0006
Tel. (207) 626-8880
Fax (207) 287-3145

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2024, I electronically filed this document and any attachments with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants as identified in the CM/ECF electronic filing system for this matter.

Dated: November 22, 2024

/s/ Thomas A. Knowlton
THOMAS A. KNOWLTON
Deputy Attorney General

Office of the Attorney General
6 State House Station
Augusta ME 04333-0006
Tel. (207) 626-8570
Fax (207) 287-3145
Thomas.a.knowlton@maine.gov