**HOUSE OF REPRESENTATIVES**
2 STATE HOUSE STATION
AUGUSTA, MAINE 04333-0002
(207) 287-1400
TTY: MAINE RELAY 711

EXHIBIT 1

**Kristen Cloutier**
**Assistant Majority Leader**
33 Charles St.
Lewiston, ME 04240
Phone: (207) 807-1637
Kristen.Cloutier@legislature.maine.gov

March 7, 2024

*Testimony of Rep. Kristen Cloutier in support of*
**LD 2238, An Act to Address Gun Violence in Maine by Requiring a Waiting Period for Certain Firearm Purchases**
*Before the Joint Standing Committee on Judiciary*

Good morning Senator Carney, Representative Moonen and distinguished members of the Judiciary Committee. My name is Kristen Cloutier and I represent House District 94, which includes part of my hometown of Lewiston. I am writing to you as a cosponsor and supporter of **LD 2238, An Act to Address Gun Violence in Maine by Requiring a Waiting Period for Certain Firearm Purchases**.

The goal of LD 2238, a sensible piece of legislation, is to save lives through the establishment of a 72-hour waiting period.

Waiting periods are designed to prevent individuals who pose an immediate threat to themselves or others from the impulsive purchase and use of a firearm.

Specifically, this bill would require a 72-hour waiting period between an agreement for the purchase and sale of a firearm and the delivery of that firearm to the purchaser. The measure includes certain exemptions for sales to law enforcement officers, to individuals who need a firearm for employment in security and to federally licensed firearms dealers.

While Maine's suicide death rate dropped from 19.5 per 100,000 in 2021 to 17.7 per 100,000 in 2022, it remains the second-highest rate in New England. Similarly, violent crimes including assault and robbery were down in 2021, but Maine's 2022 murder rate is the highest it has been since 2008 at 2.2 per 100,000 residents. Research shows that proposals such as this one work, and it's one that has support among non-gun owners and gun-owners alike.

A 2019 study found that Americans routinely underestimate public support for gun safety measures including waiting periods. Nationally, 85% of non-gun owners and 72% of gun owners support mandatory waiting periods for firearms purchases.

By requiring a 72-hour waiting period before the purchase of a firearm, we have the opportunity to significantly reduce both suicides and homicides. Thank you for your time and consideration.

Sincerely,

Kristen Cloutier

District 94: Part of Lewiston