EXHIBIT 5

# HOUSE OF REPRESENTATIVES
2 STATE HOUSE STATION
AUGUSTA, MAINE 04333-0002
(207) 287-1400
TTY: MAINE RELAY 711

**Morgan Rielly**
16 Blue Spruce Farm Road, Apt #6
Westbrook, ME 04092
Phone: (207) 228-5767
Morgan.Rielly@legislature.maine.gov

March 13, 2024

*Testimony of Rep. Morgan Rielly in support of*
**LD 2238, An Act to Address Gun Violence in Maine by Requiring a Waiting Period for Certain Firearm Purchases**
*Before the Joint Standing Committee on Judiciary*

Dear Senator Carney, Representative Moonen and distinguished members of the Joint Standing Committee on Judiciary:

My name is Morgan Rielly, and I represent House District 127, which includes part of my hometown of Westbrook. I am pleased to cosponsor and write in support of **LD 2238, An Act to Address Gun Violence in Maine by Requiring a Waiting Period for Certain Firearm Purchases**.

Waiting periods are designed to prevent individuals who pose an immediate threat to themselves or others from the impulsive purchase and use of a firearm, and currently, in our state, we need to support the passage of LD 2238. According to the CDC, suicide is the fourth leading cause of death for Mainers between the ages of 15-54. Most gun deaths in Maine are by suicide.

The American Academy of Pediatrics found that states with waiting periods experienced 51 percent fewer firearm suicides than states without these policies. Another study found that states that adopted waiting period laws experienced a 17 percent decrease in homicides and a six percent decrease in suicide.

We need to stop and ask ourselves why people need access to firearms quickly. If we have the ability to allow our law enforcement more time to run thorough background checks on those purchasing firearms, and in that process, have the ability to save the lives of community members who are second guessing taking their own life or the lives of others, we must support LD 2238.

Thank you for your time and consideration of this bill.