EXHIBIT 6

*131st Legislature*
*Senate of Maine*
*Senate District 24*

*Senator Eloise Vitelli*
*Senate Majority Leader*
*3 State House Station*
*Augusta, ME 04333-0003*
*Office (207) 287-1515*

*Testimony of Senator Eloise Vitelli supporting*
**LD 2238, An Act to Address Gun Violence in Maine by Requiring a Waiting Period for Certain Firearm Purchases**
*Before the Joint Standing Committee on Judiciary*
**March 7, 2024**

Senator Carney, Representative Moonen, and Esteemed Members of the Joint Standing Committee on Judiciary, my name is Eloise Vitelli, and I proudly represent Senate District 24, which includes all of Sagadahoc County and Dresden. Today I offer testimony in support of LD 2238, "An Act to Address Gun Violence in Maine by Requiring a Waiting Period for Certain Firearm Purchases."

As the Senator who represents Bowdoin, I have joined our community in grieving a quadruple homicide. There have been instances, such as these, where our gun laws have not protected Mainers. That's why it's clear we need to examine our state laws, find the gaps in our safety nets, and do all we can to help keep people safe.

This is a crucial moment in our state's history, and we are here to meet that moment. It will take all of us working together and listening compassionately to chart a path forward. This bill represents the first step.

LD 2238 would require a 72-hour waiting period between an agreement for the purchase and sale of a firearm and the delivery of that firearm to the purchaser. The measure includes certain exemptions for sales to law enforcement officers, to individuals who need a firearm for employment in security and to federally licensed firearm dealers.

Waiting periods are designed to prevent individuals who pose an immediate threat to themselves or others from the impulsive purchase and use of a firearm. The goal is to save lives, and research shows that these policies work.

The American Academy of Pediatrics found that states with waiting periods experienced 51 percent fewer firearm suicides than states without these policies. Another study found that states that adopted waiting period laws experienced a 17 percent decrease in homicides and a six percent decrease in suicide.

1

According to the Maine CDC, suicide is the fourth leading cause of death for Mainers between the ages of 15-54. In 2021, 277 Mainers died by suicide – more than half involved a firearm.

Thank you for your consideration and time. At this time, I will do my best to answer any questions you may have.

*Eloise*

**Eloise Vitelli**
Senate Majority Leader, Senate District 24
*Sagadahoc County and Dresden*