UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ANDREA BECKWITH, et al ) | |
| ) | |
| v. ) | CIVIL CASE NO. 1:24-CV-00384-LEW |
| ) | USCA NO. 25-01160 |
| AARON FREY ) | |

## CLERK'S SECOND SUPPLEMENTAL CERTIFICATE

I, Christa K. Berry, Clerk of the United States District Court for the District of Maine, hereby certify that the following supplemental documents are hereby electronically transmitted, along with a copy of the docket entries to the First Circuit Court of Appeals:

| Documents Numbered: | | Description: | |
|---|---|---|---|
| | 40 | | Response in Opposition re: 32 Motion to Stay Preliminary Injunction Order |
| | 41 | | Reply to Response to Motion re: 32 Motion to Stay Preliminary Injunction Order |
| | 42 | | Order on Plaintiff's Motion to Stay Preliminary Injunction Order |

I hereby certify that the record and docket sheet available through ECF to be the certified record and docket entries, and that all non-electronic and sealed documents of record have been forwarded this date with a copy of this Certificate.

Non-Electronic Documents: N/A

Sealed Documents: N/A

Ex Parte Document: N/A

Dated *March 12, 2025.*              CHRISTA K. BERRY, Clerk

                              By:    /s/Jessica Mahon
                                     Case Manager