## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ANDREA BECKWITH, EAST COAST SCHOOL OF SAFETY, NANCY COSHOW, JAMES WHITE, J WHITE GUNSMITHING, ADAM HENDSBEE, A&G SHOOTING, THOMAS COLE, and TLC GUNSMITHING AND ARMORY,<br><br>*Plaintiffs*,<br><br>v.<br><br>AARON FREY, in his personal capacity and in his official capacity as Attorney General of Maine,<br><br>*Defendant*. | Civil Action No. 1:24-cv-384-LEW |

## NOTICE OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel respectfully notifies the Court that Plaintiff Thomas Cole has died.

Respectfully submitted,

Paul D. Clement, VA Bar #37915
  (admitted pro hac vice)
Erin E. Murphy, VA Bar #73254
  (admitted pro hac vice)
Matthew D. Rowen, VA Bar #100113
  (admitted pro hac vice)
Kevin Wynosky, PA Bar #326087
  (admitted pro hac vice)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com
matthew.rowen@clementmurphy.com
kevin.wynosky@clementmurphy.com

/s/Brent A. Singer
Joshua A. Tardy
Brent A. Singer
RUDMAN WINCHELL
84 Harlow Street
PO Box 1401
Bangor, Maine 04402
(207) 947-4501
jtardy@rudmanwinchell.com
bsinger@rudmanwinchell.com

*Counsel for Plaintiffs*

December 8, 2025