**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

ANDREA BECKWITH, EAST COAST SCHOOL OF SAFETY, NANCY COSHOW, JAMES WHITE, J WHITE GUNSMITHING, ADAM HENDSBEE, A&G SHOOTING, and TLC GUNSMITHING AND ARMORY,

*Plaintiffs*,

v.

AARON FREY, in his personal capacity and in his official capacity as Attorney General of Maine,

*Defendant*.

Civil Action No. 1:24-cv-384-LEW

### UNOPPOSED JOINT MOTION TO CONTINUE STAY OF FURTHER PROCEEDINGS

Plaintiffs and Defendant jointly request that the current stay of proceedings in this case be extended pending resolution of Plaintiffs' forthcoming petition for writ of certiorari to the Supreme Court of the United States.  In support of the requested relief, the parties jointly state:

1. This case is a constitutional challenge to 25 M.R.S. §2016.  *See* Dkt.1.

2. On November 12, 2024, Plaintiffs moved to preliminarily enjoin Defendant from enforcing §2016 pending final resolution of their constitutional challenge.  *See* Dkt.4.  The Court granted Plaintiffs' motion by order dated February 13, 2025.  *See* Dkt.30.  On February 17, 2025, Defendant appealed that order to the U.S. Court of Appeals for the First Circuit.  *See* Dkt.31.

1

Defendant also moved to stay that order pending appeal, *see* Dkt.32, which this Court denied, *see* Dkt.42.

3.      On February 19, 2025, this Court granted Defendant's unopposed motion to stay all other proceedings pending resolution of Defendant's appeal.  *See* Dkt.37.

4.      On April 3, 2026, the First Circuit vacated this Court's order granting the preliminary injunction.  *See* Dkt.50.

5.      On April 27, 2026, the First Circuit issued the formal mandate for its decision pursuant to Federal Rule of Appellate Procedure 41.  *See* Ex. 1.

6.      Plaintiffs intend to file a petition for writ of certiorari to the Supreme Court seeking review of the First Circuit's decision.  Given that intention, the parties have conferred, and agree at this time that judicial economy favors continuing the current stay of proceedings in this case pending resolution of Plaintiffs' forthcoming petition.

7.      Accordingly, the parties respectfully request that, after the Court effectuates the First Circuit's mandate vacating the preliminary injunction entered on February 13, 2025, it then enter a stay of all proceedings on the merits in this Court until resolution of Plaintiffs' forthcoming petition.

8.      The parties reserve all rights to request that this Court subsequently dissolve the requested stay in the event that either party comes to believe that judicial economy no longer favors a stay.

Dated: April 28, 2026                                    Respectfully submitted,

*/s/ Joshua A. Tardy*
Joshua A. Tardy
Brent A. Singer
RUDMAN WINCHELL
84 Harlow Street
PO Box 1401
Bangor, Maine 04402
(207) 947-4501
jtardy@rudmanwinchell.com
bsinger@rudmanwinchell.com

Paul D. Clement, VA Bar #37915
  (admitted pro hac vice)
Erin E. Murphy, VA Bar #73254
  (admitted pro hac vice)
Matthew D. Rowen, VA Bar #100113
  (admitted pro hac vice)
Kevin Wynosky, PA Bar #326087
  (admitted pro hac vice)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com
matthew.rowen@clementmurphy.com
kevin.wynosky@clementmurphy.com

*Counsel for Plaintiffs*

AARON M. FREY
Attorney General

THOMAS A. KNOWLTON
Deputy Attorney General
Chief, Litigation Division

*/s/ Paul E. Suitter*
PAUL E. SUITTER
Assistant Attorney General
Paul.suitter@maine.gov

Office of the Maine Attorney General
6 State House Station
Augusta ME  04333-0006
Tel.  (207) 626-8880
Fax (207) 287-31451

*Counsel for Defendant*